In the Matter of the Appraisal under the Transfer Tax Act of the Property of JOHN A. PHIPPS, Deceased.*

(Argued June 18, 1894; decided June 22, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made April 20, 1894, which reversed an order of the surrogate of the county of New York affirming an order of said surrogate fixing the amount of the inheritance tax upon the estate of John A. Phipps, deceased.

*Edgar J. Levey* for appellants.

*J. Hampden Dougherty* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

* Reported below, 77 Hun, 325.